UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. |
| | ) | |
| CHARLES KING | ) | CR118-0082 |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Special Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as the defendant is in custody or has been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted this 7th day of December 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Michael A. Marchman Jr.
Special Assistant United States Attorney
New York Bar No. 5531843
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4525
michael.marchman@usdoj.gov